Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALBERT P. RIPPENBEIN, Respondent, v. I. G. FARBENINDUSTRIE AKTIENGESELL-SCHAFT, Appellant.— Order modified by striking out that part of the order which grants plaintiff's cross-motion for the examination of defendant, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, without prejudice to an application for the issuance of a commission. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THOMAS O. SHECKELL and WILLIAM WALKER ORR, Assignees for the Benefit of Creditors of JEROME DRESS, INC., Appellants, v. AARON TURKEWICH and HARRY ARONOFF, Individually and Doing Business, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THOMAS O. SHECKELL and WILLIAM WALKER ORR, Assignees for the Benefit of Creditors of JEROME DRESS, INC., Appellants, v. AARON TURKEWICH, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

OSCAR HEYMAN and WILLIAM A. SCHUTZ, Respondents, v. THEODORE HOFFACKER and ELLA DEVELLIER, Doing Business, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., of RICHARD CROKER, Deceased, Respondent, v. RICHARD CROKER, JR., Individually and as Trustee, etc., Appellant, Impleaded with Others, Defendants.— Judgments and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MERRITT-CHAPMAN & SCOTT CORPORATION, Respondent, v. NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See opinion in *Merritt-Chapman & Scott Corp.* v. *Mutual Benefit Life Ins. Co.*, 237 App. Div. 70, handed down herewith.) Present — Finch, P. J., Martin, Sherman and Townley, JJ.

MERRITT-CHAPMAN & SCOTT CORPORATION, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied with ten dollars costs. (See opinion in *Merritt-Chapman & Scott Corp.* v. *Mutual Benefit Life Ins. Co.*, 237 App. Div. 70, handed down herewith.) Present — Finch, P. J., Martin, Sherman and Townley, JJ.

MERRITT-CHAPMAN & SCOTT CORPORATION, Respondent, v. BERKSHIRE LIFE INSURANCE COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See opinion in *Merritt-Chapman & Scott Corp.* v. *Mutual Benefit Life Ins. Co.*, 237 App. Div. 70, handed down herewith.) Present — Finch, P. J., Martin, Sherman and Townley, JJ.